FRANK SCHULTS, Jr., A MINOR BY FRANK SCHULTS, HIS FATHER AND NEXT FRIEND, *ET AL.*, PLAINTIFFS-APPELLANTS, v. BOARD OF EDUCATION OF THE TOWNSHIP OF TEANECK, BERGEN COUNTY, NEW JERSEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued May 17, 1965—Decided June 1, 1965.

*Mr. Milton T. Lasher* argued the cause for appellants.

*Mr. Irving C. Evers* argued the cause for respondents (*Messrs. Parisi, Evers & Greenfield,* attorneys).

Pᴇʀ Cᴜʀɪᴀᴍ. We agree with the Appellate Division's determination (86 *N. J. Super.* 29 (1964)) that the plaintiffs should first have exhausted their administrative remedies before the Commissioner and State Board of Education. The dismissal of their complaint is:
Affirmed.

*For affirmance* — Chief Justice Wᴇɪɴᴛʀᴀᴜʙ, and Justices Jᴀᴄᴏʙꜱ, Fʀᴀɴᴄɪꜱ, Hᴀʟʟ, Sᴄʜᴇᴛᴛɪɴᴏ and Hᴀɴᴇᴍᴀɴ—6.

*For reversal*—None.